IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| PRYSMIAN CABLES AND SYSTEMS USA, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 24-00101<br>) |
| UNITED STATES, *et al.*, | )<br>) |
| Defendants, | ) |

**<u>NOTICE OF SUBSTITUTION</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 75(c) of the Rules of the United States Court of International Trade, the undersigned, Blake W. Cowman, hereby enters an appearance as the principal attorney of record for defendants, the United States and Secretary of Commerce Howard Lutnick,[1] in place of Kyle S. Beckrich. Mr. Beckrich should be terminated from the docket as counsel for the Government.

---

[1] Secretary Lutnick assumed office as Secretary of Commerce on February 21, 2025.

                                          Respectfully submitted,

                                          BRETT A. SHUMATE
                                          Assistant Attorney General

                                          PATRICIA M. McCARTHY
                                          Director

                                          <u>/s/ Tara K. Hogan</u>
                                          TARA K. HOGAN
                                          Deputy Director

                                          <u>/s/ Blake W. Cowman</u>
                                          Blake W. Cowman
                                          Trial Attorney
                                          Department of Justice
                                          Civil Division
                                          Commercial Litigation Branch
                                          P.O. Box 480, Ben Franklin Station
                                          Washington, D.C. 20044
                                          Tel.:  (202) 353-2494
                                          Email:  Blake.W.Cowman@usdoj.gov

November 20, 2025                    *Attorneys for Defendant United States*